**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAMUEL MATURO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   20-1464** |
| | : | |
| **RICHARD PUGH,** *et al.* | : | |

# ORDER

**AND NOW**, this 16th day of July 2020, upon considering Defendants' partial Motion to dismiss (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' partial Motion (ECF Doc. No. 9) is **DENIED**.

_____
**KEARNEY, J.**